# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20694
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 29, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN RIVERA-ALCAZAR, also known as Juan Alonso Rivera, also known as Juan Alcazar Rivera, also known as Juan Rivera, also known as Juan Alonso Rivera-Alcazar, also known as Juan Alonso Rivera-Alcasa, also known as Juan Alonso Rivera Alcazar, also known as Juan Alonzo Rivera, also known as Manuel Alonso Rivera, also known as Lupillo Rivera, also known as Juan Alonzo Rivra, also known as Juan Carlos Martinez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-156-1

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Juan Rivera-Alcazar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20694

Rivera-Alcazar has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rivera-Alcazar's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.